UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE NYS DEPARTMENT OF TAXATION AND FINANCE; COMMISSIONER AND CIVIL ENFORCMENT EMPLOYEES; TARA UNKNOWN; HARBINGER UNKNOWN,<br><br>       Defendants. | 1:22-CV-0208 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 4, 2022, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for the reasons set forth in the Court's April 4, 2022 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of court documents. (ECF 2, at 9.)

SO ORDERED.

Dated: April 4, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge